UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-152-D

UNITED STATES OF AMERICA,

v.  ORDER

ROBERTO CARLOS VALERA

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to ROBERTO CARLOS VALERA and/or ROBERTO CARLOS VELERA, be changed to reflect the proper identification of the defendant as ROBERTO CARLOS VARELA.

This the **23** day of July, 2014.

JAMES C. DEVER III
Chief, United States District Judge